| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) FISHER, RAYMOND C. | 2. Court or Organization U.S. CT. APPEALS - 9th CIRCUIT | 3. Date of Report 05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address U.S.COURT OF APPEALS - 9TH CIR 125 S. GRAND AVE. #400 PASADENA, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF DIRECTORS | CONSTITUTIONAL RIGHTS FOUNDATION (NONPROFIT), LOS ANGELES, CA |
| 2. MEMBER, BOARD OF DIRECTORS | WESTERN JUSTICE CENTER FOUNDATION (NONPROFIT), PASADENA, CA |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 26 A 9: 49 FINANCIAL DISCLOSURE OFFICE

Fisher_Raymond_C

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec 08 | CA STATE TEACHERS RETIREMENT SYSTEM - PENSION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FIRST AMENDMENT CTR | MAY 12-13, 2008 | WASHINGTON, D.C. | JUDICIAL-MEDIA EDUCATION | MEAL, TRANSPORATION |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   M.LYNCH BANK RASP | A | Dividend | J | T | | | | | |
| 2.   M.LYNCH READY ASSETS TRUST | A | Int./Div. | K | T | | | | | |
| 3.   RFC STRIPS 0% 7/15/08 | | None | | | Redeemed | 7/15 | J | A | |
| 4.   FNMA NOTE MULTI% 7/1/08 | A | Interest | | | Redeemed | 7/1 | J | A | |
| 5.   RFC STRIPS 0% 10/15/08 | | None | | | Redeemed | 10/15 | J | A | |
| 6.   COUPON TREAS RECT 0% 11/15/08 | | None | | | Redeemed | 11/17 | K | A | |
| 7.   RFC STRIPS 0% 4/15/09 | | None | J | T | | | | | |
| 8.   RFC STRIPS 0% 7/15/09 | | None | J | T | | | | | |
| 9.   FNMA NOTE 4.25% 7/01/09 | A | Interest | | | Redeemed | 1/25 | J | A | |
| 10.   FNMA BOND 6.625% 9/15/09 | A | Interest | | | Redeemed | 1/25 | J | A | |
| 11.   FNMA BOND MULTI% 9/21/09 | B | Interest | K | T | | | | | |
| 12.   RFC STRIPS 0% 10/15/09 | | None | K | T | | | | | |
| 13.   US TREAS STRIPS 0% 2/15/09 | | None | J | T | Buy | 3/6 | J | | |
| 14.   US TREAS STRIPS 0% 2/15/11 | | None | K | T | Buy | 3/6 | K | | |
| 15.   US TREAS STRIPS 0% 2/15/14 | | None | K | T | Buy | 3/6 | K | | |
| 16.   US TREAS STRIPS 0% 5/15/10 | | None | K | T | Buy | 3/6 | K | | |
| 17.   US TREAS STRIPS 0% 5/15/13 | | None | K | T | Buy | 3/6 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RFC STRIPS 0% 1/15/10 | | None | K | T | | | | | |
| 19. FINANCING CORP STRIPS 0% 2/8/10 | | None | J | T | | | | | |
| 20. FNMA NOTE MULTI% 7/01/10 | A | Interest | | | Redeemed | 1/17 | K | A | |
| 21. FNMA NOTE 5.25% 8/27/10 | B | Interest | | | Redeemed | 7/16 | J | A | |
| 22. US TREAS STRIPS 0% 11/15/10 | | None | K | T | | | | | |
| 23. FNMA NOTE MULTI% 3/30/11 | A | Interest | | | Redeemed | 1/14 | K | A | |
| 24. RFC STRIPS 0% 4/15/11 | | None | J | T | | | | | |
| 25. RFC STRIPS 0% 7/15/11 | | None | J | T | | | | | |
| 26. US TREAS STRIPS 0% 11/15/11 | | None | K | T | | | | | |
| 27. RFC STRIPS 0% 4/15/12 | | None | J | T | | | | | |
| 28. FHLMC NOTE 5.125% 7/15/12 | A | Interest | J | T | | | | | |
| 29. FNMA NOTE MULTI%8/27/12 | A | Interest | | | Redeemed | 1/14 | K | A | |
| 30. US TREAS STRIPS 0% 8/15/12 | | None | L | T | | | | | |
| 31. FNMA NOTE MULTI% 1/28/13 | A | Interest | | | Redeemed | 1/25 | J | A | |
| 32. US TREAS STRIPS 0% 8/15/13 | | None | K | T | | | | | |
| 33. RFC STRIPS 0% 10/15/13 | | None | K | T | | | | | |
| 34. FINANCING CORP STRIPS 0% 5/30/14 | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US TREAS STRIPS 0% 11/15/14 | | None | K | T | | | | | |
| 36. RFC STRIPS 0% 10/15/15 | | None | K | T | | | | | |
| 37. CD LEHMAN BK, DE 4.05% 3/31/08 | A | Interest | | | Matured | 3/31 | J | A | |
| 38. CD WAMU, NV 5.05% 8/11/08 | A | Interest | | | Matured | 8/11 | J | A | |
| 39. CD BMW BANK, UT 3.55% 12/8/08 | A | Interest | | | Matured | 12/8 | J | A | |
| 40. CD R-G PREMIER BK, PR 4.95% 8/31/09 | B | Interest | K | T | | | | | |
| 41. CD HILLCREST BK, KS 4.15% 6/29/12 | A | Interest | J | T | | | | | |
| 42. AMERICAN GROWTH FUND | D | Dividend | M | T | | | | | |
| 43. BLACKROCK LARGE CAP GROWTH | C | Dividend | L | T | | | | | |
| 44. BLACKROCK S&P | D | Dividend | L | T | | | | | |
| 45. COLUMBIA MARSICO GROWTH FD | | None | K | T | | | | | |
| 46. DAVIS NY VENTURE FD | | None | K | T | | | | | |
| 47. DELAWARE SMALL CAP VALUE FD | | None | J | T | | | | | |
| 48. FIDELITY ADV DIVERSIFIED INTL FD | A | Dividend | J | T | | | | | |
| 49. FIDELITY ADV STRGC INCM FD | C | Dividend | L | T | | | | | |
| 50. FIDELITY NEW INSIGHTS FD | | None | K | T | Buy | 3/7 | K | | |
| 51. GOLDMAN SACHS LARGE CAP VALUE FD | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HARTFORD FLOATING RATE FD | D | Dividend | L | T | | | | | |
| 53. HARTFORD GROWTH FD | | None | K | T | Buy | 5/30 | J | | |
| 54. HOTCHKIS & WILEY LG CAP VALUE FD | | None | | | Sold | 5/30 | J | | |
| 55. J. HANCOCK CLASSIC VALUE FD | | None | | | Sold | 5/30 | J | | |
| 56. J.HANCOCK LG CAP EQ FD | B | Dividend | L | T | | | | | |
| 57. JP MORGAN VALUE FD | D | Dividend | L | T | | | | | |
| 58. LOOMIS SAYLES STRTGC INC FD | B | Dividend | K | T | | | | | |
| 59. MUNDER SMALL CAP VALUE FD | B | Dividend | J | T | | | | | |
| 60. NATIXIS INC DIVRSFD FD | B | Dividend | K | T | | | | | |
| 61. OPPENHEIMER SMALL & MID CAP VALUE FD | A | Dividend | J | T | | | | | |
| 62. PIMCO TOTAL RETRN FD | B | Dividend | K | T | | | | | |
| 63. TEMPLETON WORLD FD | B | Dividend | L | T | | | | | |
| 64. THORNBURG CORE GROWTH FD | | None | J | T | Buy | 5/30 | J | | |
| 65. VIRTUS MULTISECTOR BONDS | C | Dividend | K | T | | | | | Prv. Phoenix M/S Bonds |
| 66. C.SCHWAB MUNI FUJND | A | Interest | J | T | | | | | |
| 67. JANUS MIDCAP VALUE FUND (C.SCHWAB) | A | Dividend | J | T | | | | | |
| 68. COACHMAN COMMON STOCK | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CITY NATIONAL BANK IRA | A | Interest | J | T | | | | | |
| 70. BEST AMERICAN FUND ANNUITY - IRA (FID.VIP EQUITY) | | None | L | T | | | | | |
| 71. TSA ANNUITIES - JACKSON NATIONAL LIFE | B | Interest | M | T | | | | | |
| 72. MERNAN 145 LTD.INVESTMENT PROPERTY #1 L.A., CA (RESTAURANT) | A | Distribution | J | U | | | | | |
| 73. VENWEST DEVELOPMENT LP1- LTD PTR | B | Interest | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/15/2009 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

## IX. CERTIFICATION.

 I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

 I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544